# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FLORENCE R. PARKER CHAILLA, :
:
    Plaintiff :
:
v. : 3:18-CV-1564
: (JUDGE MARIANI)
WILBUR ROSS, et al. :
:
    Defendants :

## ORDER

AND NOW, THIS 2nd DAY OF JANUARY, 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 51) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 51) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

                                                Robert D. Mariani
                                                United States District Judge

---

[1] Chief Judge Schwab's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R despite two-and-a-half months having passed since its issuance on October 18, 2019.
    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 51, at 10-15; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).